IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LLOYD BEARDSLEY,

    Plaintiff,

v.

COUNTY OF SONOMA,
SONOMA COUNTY SHERIFF'S
DEPARTMENT, STEVE FREITAS,
and CHARLES BLOUNT,

    Defendants.

No. C 13-05138 WHA

**ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On February 27, plaintiff Lloyd Beardsley filed a motion for leave to file a second amended complaint (Dkt. No. 17). At minimum, the second amended complaint would leave out Steve Freitas as a defendant, and add Sonoma Raceway as a defendant. Although certain defendants — *i.e.*, the County of Sonoma and Charles Blount — have responded by filing a statement of non-opposition, it is unclear whether other defendants are part of that statement, especially as the second amended complaint would still list all four original defendants.

As such, defense counsel are requested to please file a notice as to whether Sonoma County Sheriff's Department opposes plaintiff's motion. This notice is due by **12 PM ON MARCH 4**.

**IT IS SO ORDERED.**

Dated: February 29, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE