IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LLOYD BEARDSLEY,

    Plaintiff,

v.

COUNTY OF SONOMA, CHARLES BLOUNT, and SONOMA RACEWAY,

    Defendants.

No. C 13-05138 WHA

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On February 27, plaintiff Lloyd Beardsley moved for leave to file a second amended complaint, which was appended as an exhibit to its motion (Dkt. No. 17). Among other changes, the second amended complaint would add Sonoma Raceway as a defendant to this action. Defendants County of Sonoma and Charles Blount have responded with two statements of non-opposition, clarifying that they would file an answer to the second amended complaint within ten days of entry of order (Dkt. Nos. 18, 20).

Based on such non-opposition, plaintiff's motion is **GRANTED**. Both sides are requested to please amend their case captions for future filings to reflect the parties that are actually part of this action under the second amended complaint.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE