Katy M. Young (SBN 267791)
kyoung@astralegal.com
Marie A. Barnes (SBN 276246)
mbarnes@astralegal.com
**AD ASTRA LAW GROUP, LLP**
582 Market Street, Suite 1903
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile: (415) 276-1976

Attorneys for Plaintiff
LLOYD BEARDSLEY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>Plaintiff,<br><br>v.<br><br>SPEEDWAY SONOMA, LLC, a Delaware Limited Liability Company, doing business as SONOMA RACEWAY; COUNTY OF SONOMA; CHARLES BLOUNT, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO.:   3:13-cv-05138 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE EARLY NEUTRAL EVALUATION<br><br>Complaint Filed: November 4, 2013<br>Assigned Judge:  Hon. William H. Alsup |

      The parties to this action, by and through their counsel, met and conferred in a telephonic conference on May 1, 2014 regarding the Early Neutral Evaluation hearing ordered by the Honorable William H. Alsup to take place by May 8, 2014.  The parties are unavailable for a hearing before May 8th and therefore,

      IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel, that the Early Neutral Evaluation is now set for June 25, 2014 at 10:00 a.m. at the offices of Stubbs & Leone, 2175 North California Boulevard, Suite 900, Walnut Creek, California, 94596.

      The parties have agreed that the briefs will be e-mailed to the Evaluator no later than June 18, 2014 in PDF format and exchanged will all parties.  The parties may submit confidential briefs to the

evaluator if they so desire.

So stipulated.

Dated:  May 1, 2014                          **AD ASTRA LAW GROUP, LLP**


By  */s/ Katy M. Young*
   Katy M. Young
   Attorneys for Plaintiff
   LLOYD BEARDSLEY


COMMINS & KNUDSEN, P.C.

   */s/ Kit Knudsen*
By_____
   Kit Knudsen
   Attorneys for Defendant
   SPEEDWAY SONOMA, LLC


SENNEFF FREEMAN & BLUESTONE, LLP

   */s/ Bonnie Freeman*
By_____
   Bonnie Freeman
   Attorneys for Defendant
   COUNTY OF SONOMA

# [PROPOSED] ORDER

Good cause appearing and the parties having stipulated, IT IS HEREBY ORDERED that the Early Neutral Evaluation be held on June 25, 2014 at 10:00 a.m. before Louis Leone. Briefs will be submitted and exchanged no later than June 18, 2014, and will be transmitted in PDF format by e-mail. The parties may also submit confidential briefs to the Evaluator if they so desire.

Dated: May _____, 2014        By_____
                                 HON. WILLIAM H. ALSUP
                                 JUDGE OF THE DISTRICT COURT