Katy M. Young (SBN 267791)
kyoung@astralegal.com
Marie A. Barnes (SBN 276246)
mbarnes@astralegal.com
**AD ASTRA LAW GROUP, LLP**
582 Market Street, Suite 1903
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile: (415) 276-1976

Attorneys for Plaintiff
LLOYD BEARDSLEY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>SPEEDWAY SONOMA, LLC, a Delaware Limited Liability Company, doing business as SONOMA RACEWAY; COUNTY OF SONOMA; CHARLES BLOUNT, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | CASE NO.:    3:13-cv-05138 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE EARLY NEUTRAL EVALUATION<br><br>Complaint Filed: November 4, 2013<br>Assigned Judge: Hon. William H. Alsup |

The parties to this action, by and through their counsel, met and conferred in a telephonic conference on May 1, 2014 regarding the Early Neutral Evaluation hearing ordered by the Honorable William H. Alsup to take place by May 8, 2014. The parties are unavailable for a hearing before May 8th and therefore,

IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel, that the Early Neutral Evaluation is now set for June 25, 2014 at 10:00 a.m. at the offices of Stubbs & Leone, 2175 North California Boulevard, Suite 900, Walnut Creek, California, 94596.

The parties have agreed that the briefs will be e-mailed to the Evaluator no later than June 18, 2014 in PDF format and exchanged will all parties. The parties may submit confidential briefs to the

1   evaluator if they so desire.

2       So stipulated.

3   Dated:  May 1, 2014                   **AD ASTRA LAW GROUP, LLP**

4

5                                     By___***/s/ Katy M. Young***_____

6                                         Katy M. Young
                                        Attorneys for Plaintiff

7                                         LLOYD BEARDSLEY

8                           COMMINS & KNUDSEN, P.C.

9                                     */s/ Kit Knudsen*

10                           By_____
                                        Kit Knudsen

11                                     Attorneys for Defendant
                                        SPEEDWAY SONOMA, LLC

12

13                           SENNEFF FREEMAN & BLUESTONE, LLP

14                                   */s/ Bonnie Freeman*
                          By_____

15                                     Bonnie Freeman
                                      Attorneys for Defendant

16                                     COUNTY OF SONOMA

17

18

19

20

21

22

23

24

25

26

27

28

1                                [PROPOSED] ORDER

2         Good cause appearing and the parties having stipulated, IT IS HEREBY ORDERED that

3 the Early Neutral Evaluation be held on June 25, 2014 at 10:00 a.m. before Louis Leone. Briefs will

4 be submitted and exchanged no later than June 18, 2014, and will be transmitted in PDF format by e-

5 mail. The parties may also submit confidential briefs to the Evaluator if they so desire.

6

7 Dated: May __2__, 2014.                  By_____

8                                    HON. WILLIAM H. ALSUP
                                   JUDGE OF THE DISTRICT COURT