IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>  Plaintiff,<br><br>  v.<br><br>SPEEDWAY SONOMA LLC, a Delaware Limited Liability Company, dba as SONOMA RACEWAY, CHARLES BLOUNT, and DOES 1 THROUTH 10, inclusive,<br><br>  Defendants.<br>                                                         / | No. C 13-05138 WHA<br><br>**NOTICE RE CERTIFICATION OF ADR SESSION** |

Yesterday, the undersigned judge received notice of a certification of an ADR session, indicating that this action had fully settled (Dkt. No. 39). Although that certification states that the ADR process is not yet complete, the parties should also be aware that all dates and deadlines in this action remain on calendar until a full and proper dismissal under Federal Rule of Civil Procedure 41 is filed.

Dated: June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE