Katy M. Young (SBN 267791)
kyoung@astralegal.com
Marie A. Barnes (SBN 276246)
mbarnes@astralegal.com
**AD ASTRA LAW GROUP, LLP**
582 Market Street, Suite 1903
San Francisco, CA 94104
Telephone: (415) 795-3579
Facsimile:  (415) 276-1976

Attorneys for Plaintiff
LLOYD BEARDSLEY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD BEARDSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPEEDWAY MOTORSPORT INC., doing business as SONOMA RACEWAY; COUNTY OF SONOMA; CHARLES BLOUNT, and DOES 1 THROUGH 10, inclusive.<br><br>　　　　　Defendants. | CASE NO.:    3:13-cv-05138 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF CASE<br><br>Complaint Filed: November 4, 2013<br>Assigned Judge:  Hon. William H. Alsup |

　　　　IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their respective counsel, that the above-captioned matter shall be dismissed with prejudice, all sides to bear their own fees and costs.

　　　　So stipulated.

Dated:  July 9, 2014　　　　　　　　　　　　　　**AD ASTRA LAW GROUP, LLP**


　　　　　　　　　　　　　　　　　　　　　　By　_/s/ Katy M. Young_
　　　　　　　　　　　　　　　　　　　　　　　　Katy M. Young
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　LLOYD BEARDSLEY

-1-

**Stipulation and [Proposed] Order re Dismissal of Case – Case No. 3:13-cv-05138 WHA**

COMMINS & KNUDSEN, P.C.

By  */s/ Kit Knudsen*
   Kit Knudsen
   Attorneys for Defendant
   SPEEDWAY SONOMA, LLC

SENNEFF FREEMAN & BLUESTONE, LLP

By *ns/ Bonnie Freeman*
   Bonnie Freeman
   Attorneys for Defendant
   COUNTY OF SONOMA

[PROPOSED] ORDER

Good cause appearing and the parties having stipulated, IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice, all sides to bear their own fees and costs.

Dated: July _____, 2014                           By_____
                                                                      HON. WILLIAM H. ALSUP
                                                                       JUDGE OF THE DISTRICT COURT